HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
ANETA FREEMAN, Managing Assistant City Attorney (SBN 196624)
**M. AARON NEISHLOS,** Deputy City Attorney (SBN 338942)
200 North Main Street, City Hall East – 7th Floor
Los Angeles, California 90012
Tel.:  213.978.1792
Fax:  213.978.8216
E-Mail:  aaron.neishlos@lacity.org

Attorneys for Defendant, **CITY OF LOS ANGELES**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHAALIQ JONES, an individual<br><br>                 Plaintiff,<br><br>        vs.<br><br>CITY OF LOS ANGELES; and DOES 1 through 10, inclusive,<br><br>                 Defendant. | **Case No.:** 2:26-CV-1899<br><br>**NOTICE OF REMOVAL BY DEFENDANT CITY OF LOS ANGELES (28 U.S.C. § 1441(a))** |

TO:    Clerk, Superior Court of California
        County of Los Angeles
        111 North Hill Street
        Los Angeles, CA 90012

        Alan J. Reinach
        Jonathan S. Cherne
        Church State Coucil
        2686 Townsgate Road
        Westlake Village, CA 91361

1

PLEASE TAKE NOTICE that the Defendant City of Los Angeles hereby removes Case No. 25STCV37751, pending in the Superior Court of California for the County of Los Angeles, to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1441(a). The grounds for removal are as follows:

1.      On December 23, 2025, Plaintiff filed an action against the City of Los Angeles in the Los Angeles County Superior Court seeking, asserting claims under 42 U.S.C. § 1983, and state law. A copy of the Complaint is attached hereto as **Attachment 1**.

2.      This action involves a question of federal constitutional law, such that original jurisdiction lies in this Court under 28 U.S.C. § 1331 (civil actions arising under the Constitution, law, or treaties of the United States). Thus, removal is proper under 28 U.S.C. § 1441(a), which provides that "any civil action brought in State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."

3.      This Notice of Removal is timely filed because it is filed within thirty (30) days of service of the Complaint on Defendant. 28 U.S.C. § 1446(b). Plaintiff served his Complaint on Defendant on January 23, 2026.

//
//
//
//
//
//
//
//
//
//

NOTICE OF REMOVAL BY DEFENDANT CITY OF LOS ANGELES

4.    A copy of this Notice will be filed promptly with the Clerk of the Los Angeles County Superior Court. That filing will automatically effect the removal of the subject action to this Court, in its entirety, for future proceedings pursuant to 28 U.S.C. § 1446(d).

Dated:  February 23, 2026        Respectfully submitted,

HYDEE FELDSTEIN SOTO, City Attorney
DENISE C. MILLS, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
ANETA FREEMAN, Managing Assistant City Attorney
**M. AARON NEISHLOS, Deputy City Attorney**

By:  _____
         *M. Aaron Neishlos*
        **M. AARON NEISHLOS**
        Deputy City Attorney
Attorneys for Defendant, **CITY OF LOS ANGELES**

NOTICE OF REMOVAL BY DEFENDANT CITY OF LOS ANGELES

**PROOF OF SERVICE**
**KHAALIQ JONES V. CITY OF LOS ANGELES, CASE NO.  2:26-cv-1899**

I, the undersigned, say:  I am over the age of 18 years and not a party to the within action or proceeding.  My business address is 700 City Hall East, 200 North Main Street, Los Angeles, California 90012.

On February 23, 2026, I served the foregoing documents described as **NOTICE OF REMOVAL BY DEFENDANT CITY OF LOS ANGELES**, on all interested parties in this action by placing copies thereof enclosed in a sealed envelope addressed as follows:

Alan J. Reinach, Esq.                                                                      *Attorney for Plaintiff*
Jonathon S. Cherne, Esq.
CHURCH STATE COUNCIL
2686 Townsgate Road
Westlake Village, CA 91361
Email: ajreinach@churchstate.org, jcherne@churchstate.org
Tel: 805.413.7398

[  ]     BY MAIL –I am readily familiar with the business practice for collection and processing of correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit; and/ or

[ **X** ]     **BY ELECTRONIC SERVICE**:  Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[  ]     BY PERSONAL SERVICE – ( ) I delivered by hand, or (X) I caused to be delivered via messenger service, such envelope to the offices of the addressee with delivery time prior to 5:00 p.m. on the date specified above.

[  ]     BY FACSIMILE TRANSMISSION - I caused the document to be transmitted to the offices of the addressee via facsimile machine at telephone number on the date and time specified on the Transmission Report.  The document was sent by fax from telephone number **(213) 978-8216** and the transmission was reported complete and without error.  A true copy of the Transmission Report is attached to the mailed or personal or both proof(s) of service.

[  ]     BY OVERNIGHT COURIER - I deposited such envelope in a regularly maintained overnight courier parcel receptacle prior to the time listed thereon for pick-up.  Hand delivery was guaranteed by the next business day.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 23, 2026 at Los Angeles, California.

_____
JULIE A MARTINEZ

1
PROOF OF SERVICE